reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Joseph F. Moran, Respondent, v. Walter C. McClure and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements: The bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Osias Stecher, Respondent, v. Joseph Baron, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Albert P. Crouze, Respondent, v. Henry D. Tudor and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Henrietta W. Marcelli, Respondent, v. Pasquale M. Marcelli, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

William S. Brecker and Another, Respondents, v. Independence Indemnity Company, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

William Avedon and Another, Respondents, v. Fannette Mfg. Co., Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

John Constantakis, Respondent, v. Nick A. Galanos and Another, Appellants.— Order so far as appealed from reversed, without costs, and motion granted, and the trial of this action stayed pending the return of commission, which must be had on or before the opening of the October term, 1926. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Bachmann, Emmerich & Co., Inc., Respondent, v. Frank Alpren and Another, Appellants.— Order modified by denying the motion with respect to item No. 5 in the notice of motion for bill of particulars, and as so modified affirmed, without costs. The bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Application of The People of the State of New York, by James A. Beha, as Superintendent of Insurance, etc., re Fifth Avenue Mutual Indemnity Company.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Mary Cochrane Rogers, Appellant, v. Miss Cassity E. Mason, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

Summit Finance Corporation, Respondent, v. Jemm Realty Co., Inc., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disburse-